# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN LY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-14-128-R |
| | ) |
| WILLIAM A. SHERROD, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 16. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of June, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE